**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**CASE NO.: 5:09-CV-00043-TBR**


**CLAUDE R. COX**                                                                                          **PLAINTIFF**

**v.**

**STEVE HILAND, MD, et al.**                                                                      **DEFENDANTS**


## MEMORANDUM OPINION AND ORDER

By Memorandum Opinion and Order entered January 11, 2011, this Court denied

Plaintiff's request for copies of the entire record without cost.  Plaintiff has now filed a second

motion seeking the same relief, this time advising that he needs the documents "for my court of

appeal's case so I can appeal the case."  The record, however, reflects that Plaintiff does not have

an appeal pending in the Sixth Circuit Court of Appeals, and because the Court dismissed this

case months ago on August 5, 2010, any appeal filed at this time is untimely.  See Fed. R. App.

P. 4(a).  In any event, the federal *in forma pauperis* statute under 28 U.S.C. § 1915(a), "does not

give the litigant a right to have documents copied and returned to him at government expense."

*In re Richard*, 914 F.2d 1526, 1527 (6th Cir. 1990); *Douglas v. Green*, 327 F.2d 661, 662 (6th

Cir. 1964) ("The statutory right to proceed in forma pauperis, Section 1915(a), Title 28 United

States Code, does not include the right to obtain copies of court orders without payment

therefor.").

Furthermore, the Court sent Plaintiff a copy of each memorandum opinion and order

entered in this case, and none of those documents have been returned to the Court by the U.S.

Postal Service.

IT IS THEREFORE ORDERED that Plaintiff's second request for copies without cost is DENIED.  The Court previously directed the Clerk of Court to send Plaintiff a copy of the docket sheet.  The Court now DIRECTS the Clerk of Court to send Plaintiff a Copy Request Form to fill out should Plaintiff desire to pay for the copies.  The Court will not consider any further motions for copies without cost filed in this action.